TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00114-CV

Paul T. DeNucci, Appellant

v.

William Moretti, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 96-01767, HONORABLE MARY PEARL WILLIAMS, JUDGE PRESIDING 

PER CURIAM

 The parties to this appeal have announced they have settled their dispute. Together,
they move to dismiss their claims. We grant the motion.

 The judgment of this Court, dated April 29, 1999, is withdrawn; and the appeal is
dismissed in accord with the settlement agreement of the parties. The opinion of this Court, dated
April 29, 1999, is not withdrawn.

Before Chief Justice Aboussie, Justices Jones and Patterson

Dismissed on Agreed Motion

Filed: August 12, 1999

Do Not Publish